Darryl Young
650 West 20th Street
Merced, CA 95340
(P) 209.354.3500/ (F) 209.354.3502
DarrylYoungLaw@gmail.com

Attorney for Defendant, Tiarra Alves

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:21-CR-00137-DAD |
|---|---|---|
| PLAINTIFF, | ) | ORDER OF RELEASE |
| V. | ) | |
| TIARRA ALVES, | ) | DATE: JANUARY 24, 2022 |
| DEFENDANT. | ) | TIME: 9:00 A.M. |
|  | ) | JUDGE: HONORABLE DALE A. DROZD |

After carefully considering the arguments of counsel and probation, the Court ORDERS:

1. Mrs. Tiarra Alves was evaluated as a suitable candidate for Salvation Army, Fresno and was accepted on January 24, 2022.

2. Mrs. Alves is to be released from the custody of the Fresno County Sheriff's Department Jail forthwith.

3. Probation Officer Del Villar will promptly coordinate transportation and Mrs. Alves is ordered to enter the Salvation Army program in Fresno, California.

IT IS SO ORDERED.

Dated: __**January 24, 2022**__
UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28